## ORDER

band to pay $2,500 of Wife's attorney fees because Wife was capable of paying her own fees and was guilty of financial misconduct; and (3) awarding Wife all property currently in her possession because it is a misapplication of the law to award nonmarital property to anyone other than the owner of it.

The judgment of the trial court is affirmed. Rule 84.16(b).

---

Teresa L. WRIGHT, Respondent,

v.

Phillip Wayne WRIGHT, Appellant.

No. WD 52603.

Missouri Court of Appeals,
Western District.

July 15, 1997

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 1997.

Application to Transfer Denied
Oct. 21, 1997.

Robert C. Paden, The Paden Group, Independence, for appellant.

Kevin W. Kenney, The Nigro Law Firm, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Phillip Wayne Wright (Husband) appeals from the trial court's order dissolving his marriage to Teresa Lou Wright (Wife). Husband claims the trial court erred by: (1) awarding custody of the parties' two minor children to Wife because the custody decision was not supported by the evidence and erroneously applied the law; (2) ordering Hus-